PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-186 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JENICE NICHOLAS, | DATE: March 8, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 8, 2022.

2. By this stipulation, defendant now moves to continue the status conference until April 12, 2022 at 9:30 a.m., and to exclude time between March 8, 2022, and April 12, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes over 22,000 pages, native files, and other items, including law enforcement reports, Social Security Administration records, bank and financial records, phone records, WhatsApp messages, email records, social media posts, journal entries, and photographs. Since the last

continuance was requested, the government has produced an additional 1,123 pages and files of documents (Bates stamped), including a report on investigation, bank records, and financial records. The government has also produced extractions of several electronic devices that contain thousands of additional documents and files. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 8, 2022 to April 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2022         PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ ROBERT J. ARTUZ
                                  ROBERT J. ARTUZ
                                  Assistant United States Attorney

Dated:  February 24, 2022         /s/ JENNIFER WIRSCHING
                                  JENNIFER WIRSCHING
                                  Counsel for Defendant
                                  JENICE NICHOLAS

### ORDER

IT IS SO FOUND AND ORDERED this 24th day of February, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE