Jennifer J. Wirsching, 263141
For LibertyBell Law Group
20350 Ventura Blvd, Suite 230
Woodland Hills, CA 91364
818-563-2355
wirschinglaw@outlook.com

Attorneys for Defendant
JENICE NICHOLAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JENICE NICHOLAS<br><br>       Defendant. | CASE NO.  2:21-cr-00186-JAM<br><br>STIPULATION AND ORDER TO ALLOW DEFEDANT TO TRAVEL FOR A SHORT DAY-TRIP (OCT.4-5, 2022)<br><br>Judge: Hon. John A. Mendez |

   Plaintiff United States of America, through its respective counsel, and defendant Jenice Nicholas, through her counsel of record, stipulate and request that the Court allow Ms. Nicholas to travel with her girl-friend/ co-worker for a day trip to Ginnie Springs, in High Springs, FL from October 4, 2022 to October 5, 2022.

   Ms. Nicholas's pretrial services officer has no objection to the travel.  Travel would take place as follows: Road-trip in the early morning of October 4, 2022 in Ms. Nicholas's car. She will be travelling with her co-worker, Alline, with a departure the following morning, October 5, 2022 at 11am to arrive at her residence of record by 4pm on October 5, 2022.

1  The parties respectfully request the Court allow Ms. Nicholas to travel as described above.

2  Respectfully submitted,

4  Dated:  OCTOBER 3, 2022          */s/Robert J. Artuz*
                                          ROBERT J. ARTUZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff United States

7  Dated: OCTOBER 3, 2022          */s/ Jennifer J. Wirsching*
                                          JENNIFER J. WIRSCHING
                                          For LibertyBell Law Group
                                          Attorneys for Defendant JENICE NICHOLAS

10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds Defendant may travel to Ginnie Springs, High Springs, Florida as follows: Road-trip by means of Ms. Nicholas's car with an arrival at Ginnie Springs on October 4, 2022. Ms. Nicholas will depart on October 5, 2022 and arrive at her residence of record no later than 5pm on October 5, 2022.

The Court orders that Defendant keep her pretrial services officer advised of her location and contact information. All other conditions to remain in effect.

Dated:  October 4, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE