JENNIFER J. WIRSCHING, SBN 263141
1935 Alpha Rd. Suite 216
Glendale, CA 91208
424-901-9280
wirschinglaw@outlook.com
Attorney for

JENICE NICHOLAS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00186-JAM |
|---|---|
| Plaintiff, | |
| v. | |
| JENICE NICHOLAS | **STIPULATION TO CONTINUE SENTENCING DATE FROM JANUARY 10, 2023 TO FEBRUARY 28, 2023** |
| Defendant. | Judge:   Hon. John A. Mendez |

COMES NOW, Defendant, Jenice Nicholas by and through counsel Jennifer J. Wirsching, and AUSA Dhruv Sharma move the Court to grant this stipulation to continue the currently set sentencing date of January 10, 2023 to February 28, 2023.

Said stipulation is based on this introduction, the attached Declaration of Jennifer Wirsching, Esq., and the complete files and records of this action.

/S/Jennifer J. Wirsching
Jennifer J. Wirsching
1935 Alpha Rd. Suite 216
Glendale, CA 91208
424-901-9280
wirschinglaw@outlook.com
Attorney for Jenice Nicholas

/s/ Dhruv Sharma
U.S. Attorney's Office
Department of Justice
501 I Street
Suite 10-100

Sacramento, CA 95814
916-554-2739

# DECLARATION OF JENNIFER J. WIRSCHING

1. I, Jennifer J. Wirsching, an attorney licensed to practice law before all the courts of the State of California, the Central District of California, the Eastern District of California, the Northern District of California, the Southern District of California, the District of Colorado, the Ninth Circuit Court of Appeals, the Tenth Circuit Court of Appeals, am the attorney of record for Jenice Nicholas.

2. The sentencing in this matter is currently set for January 10, 2023.

3. I require additional time to review the PSR with Ms. Nicholas.

4. I require additional time to prepare exhibits and a sentencing memorandum for Ms. Nicholas.

5. My office has discussed a request for a continuance with AUSA Dhurv Sharma, and he has agreed to stipulate to a continuance to February 28, 2023.

6. I have personal knowledge of the facts stated above.

I declare under penalty of perjury that the foregoing is true and correct.

December 25, 2022

/S/Jennifer J. Wirsching
Jennifer J. Wirsching
Attorney for Jenice Nicholas

# **ORDER**

The Court, having reviewed and considered the parties' stipulation to continue the sentencing date, and good cause appearing, adopts the parties' stipulation in its entirety. The Court orders that the current sentencing date of January 10, 2023 be continued to February 28, 2023, at 9:00 AM.

**IT IS SO ORDERED**

Dated:  December 27, 2022             /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE