PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JENICE NICHOLAS,<br><br>　　　　　　　　Defendants. | CASE NO. 2:21-CR-00186-JAM<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>CURRENT DATE: February 28, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez<br><br>NEW DATE: March 7, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

　　　　The parties submit this Stipulation seeking to continue the currently scheduled sentencing date of February 28, 2023, by one week, to March 7, 2023, in order to allow counsel for defendant and defendant additional time to prepare. In support of this Stipulation, counsel for defendant submits the attached declaration. The government does not object to the continuance.

　　　　**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the Court may continue the sentencing hearing from February 28, 2023 to March 7, 2023.

Dated:  January 26, 2023　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　By:  /s/ DHRUV M. SHARMA
　　　　　　　　　　　　　　　　　　　　　　DHRUV M. SHARMA
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 26, 2023

By: /s/ JENNIFER J. WIRSCHING
JENNIFER J. WIRSCHING
Attorney for defendant Jenice Nicholas

## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for February 28, 2023 at 9:00 a.m. and sets the matter for sentencing on March 7, 2023, at 9:00 a.m.

Dated: January 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE