PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>        v.<br><br>JENICE NICHOLAS,<br><br>                Defendants. | CASE NO.  2:21-CR-00186-JAM<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>CURRENT DATE: March 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez<br><br>NEW DATE: April 11, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Dhruv M. Sharma, counsel for plaintiff, and Jennifer J. Wirsching, counsel for defendant Jenice Nicholas, that the sentencing hearing scheduled for March 14, 2023, at 9:00 a.m. be continued to **April 11, 2023 at 9:00 a.m.**

On March 6, 2023, the Court issued a minute order re-scheduling the sentencing hearing from March 7, 2023, to March 14, 2023. (*See* ECF No. 59). Due to calendar conflicts and unavailability of counsel, and to allow Ms. Nicholas sufficient time to reschedule travel arrangements from her residence in Florida, the parties have conferred and hereby request that the hearing be rescheduled to Tuesday, April 11, 2023, at 9 a.m., or as soon thereafter as the Court is available.

Dated:  March 7, 2023                               PHILLIP A. TALBERT
                                                    United States Attorney


                                               By:  /s/ DHRUV M. SHARMA
                                                    DHRUV M. SHARMA
                                                    Assistant United States Attorney


Dated:  March 7, 2023


                                               By:  /s/ JENNIFER J. WIRSCHING
                                                    JENNIFER J. WIRSCHING
                                                    Attorney for defendant Jenice
                                                    Nicholas


                              **O R D E R**

    GOOD CAUSING APPEARING, the Court hereby **CONTINUES** the sentencing hearing

currently scheduled for March 14, 2023 at 9:00 a.m. and sets the matter for sentencing on **April 11,**

**2023, at 9:00 a.m**.


Dated: March 7, 2023                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE