PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JENICE NICHOLAS,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cr-00186-JAM<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

    On September 22, 2023, the Government requested an extension of time to file its response to Defendant's *pro se* motion pursuant to 18 U.S.C. § 3582 (Docket No. 67).

    IT IS HEREBY ORDERED the Government's request until **October 24, 2023**, to file its response is **GRANTED.**

Dated: September 25, 2023　　　　　　　s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1