PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JENICE NICHOLAS,<br><br>          Defendant. | CASE NO. 2:21-cr-00186-JAM<br><br>**ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME** |

On October 24, 2023, the United States requested an extension of time to file its response to

Defendant's *pro se* motion pursuant to 18 U.S.C. § 3582 (Docket No. 67).

IT IS HEREBY ORDERED the United States' request until **December 7, 2023**, to file its

response is **GRANTED**.

Dated: October 25, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

1