# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs<br>JENICE NICHOLAS<br>　　　　　Defendant. | Case No. 2:21-cr-00186-JAM<br><br>**Order (ECF No. 77)** |

The Court, having reviewed and considered the Unopposed Request for Order for Return of Defendant's Passport in Possession of the United States Probation Office, **GRANTS** the request.

**IT IS SO ORDERED**

Dated:  July 01, 2024　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE